United States District Court
Southern District of Texas
**ENTERED**
January 10, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| AUGUST MUGGAR, § § Plaintiff. § § v. § § STATE FARM MUTUAL § AUTOMOBILE INSURANCE § COMPANY, § § Defendant. § | CIVIL ACTION NO. 3:23-cv-00263 |

## ORDER CLOSING CASE

The parties have dismissed this action with prejudice by stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Dkt. 19. "According to the text of Rule 41(a)(1)(A)(ii) and [Fifth Circuit] precedent, a district court's jurisdiction over a case that is settled and voluntarily dismissed by stipulation cannot extend past the filing date absent an express contingency or extension of jurisdiction, and 'any further actions by the court are superfluous.'" *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (cleaned up).

Accordingly, this matter is **CLOSED**.

SIGNED this 9th day of January 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE